## A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
### 42 U.S.C. § 1983

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

ALLEN VicKS, PLAintiff         426156
                               Inmate (DOC) number

(Enter above the full name of
each plaintiff in this action.)

VERSUS

**RECEIVED**

LT, JAMES PAckNett,

MAY 16 2018

Captain MARcuS JoneS

Legal Programs Department

Jimmy Smith ASSiStant

SCANNED at LSP and Emailed

Warden

5-16-18 by Qu . 12 pages
date    initials   No.

(Enter above the full name of
each defendant in this action.)

### Instructions for Filing Complaint by Prisoners
### Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER**, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER**, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for <u>each</u> defendant no longer employed by the Department of Corrections.

<u>All copies of the complaint must be identical to the original.</u>

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly**

**the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.**

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.    Previous Lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( ) No ( X )

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _____

   _____

   Defendant(s): _____

   _____

2. Court (if federal court, name the district; if state court, name the parish):

   _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):

_____

6. Date of filing lawsuit: _____

7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?        Yes ( )    No ( X )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

II.   Place of present confinement: State Penitentiary, Angola.LA.70712 r.u. upper B - #2, Louisiana

A. Is there a prisoner grievance procedure in this institution?  Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        Yes (✓) No ( )

C. If your answer is YES:

1. Identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed. LSP - 2017 - 2696

2. What steps did you take? I Filed my A.R.p. with the First Step Responder it was denied on 2/22/18, I proceeded to the second step it was denied 4/29/18

3. What was the result? Denied at Both Stages.

D. If your answer is NO, explain why not: _____

_____

3.

III.  **Parties**
(In Item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Allen Vicks
   Address P. U. Upper B-#2 LSP, AnGala LA 70712
In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and  his place of employment in the third blank.  Use Item C for the  names,  positions,  and places of employment of any additional defendants.

B.  Defendant LT. JameS PacKnett                         is employed as
LSP (AngVA)                              at
C.  Additional Defendants: Capr. MARcuS JuneS,

IV.  **Statement of Claim**

State here as briefly as possible the _facts_ of your case. Describe how each defendant is involved. Include also  the names of other persons involved, dates, and places.  **Do not given any legal arguments or cite any cases  or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate  paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

On October 30ᵀᴴ 2017, Plaintiff Allen Vicks, waS written up For disciplinary Rule(s) #3 and #5, by defendant JameS PacKnett. Plaintiff waS placed in administrative Segregation (cell BlocK-B). Defendant PacKnett Stated that there were NO cellS Open in CBD. Defendant PacKnett disregarded

4.

the Officer working C5B when he informed defendant Packnett that offender Percy Cage was the only cell not doubled. (offender Percy Cage was sentenced to extended lockdown to camp c.) Defendant Captain Marcus Jones was informed that plaintiff was a working cell-block offender, and could not be housed with offender percy cage because he was a extended lockdown offender. Defendant capt. Jones asked plaintiff if he was a extended lockdown offender, and plaintiff told him "NO". Defendant Jones then stated, " I did'nt put you in the cell with percy cage, so fuck you and him."

while plaintiff were in the cell with percy cage he was constantly requesting to see mental Health Social workers and declaring to be put on "watch" (meaning suicide watch). Due to this D.O.C. rule and policy for not to double cell with extended

Lockdown offenders, working cell block offenders and General population offenders I was subjected to an attack by offender percy cage, ie , mental health patient. whereas I plaintiff sustained stab wounds from an Ink pen to my hand and face. The incident was not reported to investigative services as Requested. I, plaintiff, was taken to the haspital and had staplers placed in my hand, and a piece of Led taken out of my nose, and treated for a leg injury. while at the haspital, I spoke with a mental health Social worker concerning this incident and afterward I was moved to CBD cell block. Defendants James packnett and MARcuS JAneS were "Deliberately Indifferent" to plaintiff(s) health and Safety, by placing plaintiff in harms way. ALSO, assistant warden Jimmy Smith due to defendant warden Smith being the warden over the main

6.

prison cell blocks and Administrative
Segregation.

**V.**    **Relief**

<u>State briefly exactly what you want the court to do for you</u>. Make no legal arguments.  Cite no cases or statutes.  Attach no exhibits. $100,000 in compenSatory Damages, $100,000 in Punitive damages, Suing Each defendant in their individual capacity Under the color of STATE LAW, And TRIAL BY JUDGE

**VI.**    **Plaintiff's Declaration**

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this _____ day of _____, 20___..

_____

_____
                    Signature of plaintiff(s)