UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ALLEN VICKS**                                                                 **CIVIL ACTION**

**VERSUS**

**JAMES PACKNETT, LT., ET AL.**                           **NO.: 18-00556-BAJ-EWD**

### RULING AND ORDER

Before the Court is Defendants Jimmy Smith's and Marcus Jones's **Motion To Dismiss Pursuant To Federal Rule 12(B)(6) (Doc. 12),** seeking dismissal of Plaintiff's Complaint (Doc. 1) for failure to state a claim under 42 U.S.C. § 1983. Since filing his original Complaint, Plaintiff has twice requested leave to file Amended Complaints. (Docs. 15, 19). The Magistrate Judge has issued a **Report And Recommendation (Doc. 22)** recommending that Plaintiff's requests to file Amended Complaints be denied as futile, that Defendants' Motion be granted and that Plaintiff's federal claims against Smith and Jones be dismissed with prejudice, that Plaintiff's federal claims against a third Defendant, James Packnett, be dismissed with prejudice on the Court's own motion, that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims, that any remaining motions be terminated, and that the case be closed. Plaintiff filed a timely Objection to the Magistrate Judge's Report. (Doc. 23).

Having independently considered Defendants' Motion and related filings—including Plaintiff's Objection—the Court **APPROVES** the Magistrate Judge's

**REPORT AND RECOMMENDATION (Doc. 22),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motions for Leave to File Amended Complaints (Docs. 15, 19) are **DENIED** as futile.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (Doc. 12) filed by Jimmy Smith and Marcus Jones is **GRANTED** and that Plaintiff's federal claims against Smith and Jones are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's federal claims against James Packnett are **DISMISSED WITH PREJUDICE** on the Court's own motion pursuant to 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

**IT IS FURTHER ORDERED** that that Plaintiff's Motion for Service (Doc. 18) is **TERMINATED**, and that the case is **CLOSED.**

Baton Rouge, Louisiana, this 24th day of August, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**